**HON. ROBERT S. LASNIK**

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

JOSEPH ZACZYK, an individual,

    Plaintiff/Counterclaim Defendant,

    v.

AMANDA LEHMAN, an individual, and MANMAN STUDIOS, LLC, a limited liability company,

    Defendants/Counterclaim Plaintiff.

NO. 2:25-cv-02628-RSL

**DECLARATION OF SELENA L. HOFFMAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL**

I, **SELENA L. HOFFMAN**, hereby declare under penalty of perjury under the laws of the United State of America that the following is true and correct:

1. I am over the age of 18, competent to testify as to the matters stated herein and make this declaration based on my personal knowledge. I am an attorney of record for the Defendants/Counterclaim Plaintiffs in this matter.

2. Attached as **Exhibit 1** is a true and correct copy of Defendants' Initial Disclosures, dated March 13, 2026.

3. Attached as **Exhibit 2** is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Amanda Lehman, dated April 28, 2026.

DECLARATION OF SELENA L. HOFFMAN IN SUPPORT OF DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL

Page 1 | No. 2:23-cv-0628-RSL

PFAU COCHRAN VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

4.      Attached as **Exhibit 3** is a true and correct copy of Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production to Defendant Amanda Lehman, dated May 7, 2026.

SIGNED this 29th day of May, 2026, in Tacoma, Washington.

By: /s/ Selena L. Hoffman
SELENA L. HOFFMAN, WSBA No. 43301

DECLARATION OF SELENA L. HOFFMAN IN
SUPPORT OF DEFENDANTS' RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL

Page 2 | No. 2:23-cv-0628-RSL



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654

## CERTIFICATE OF SERVICE

I, **Casey Reyes deVenecia,** hereby declare under penalty of perjury under the laws of the United States of America that I am employed at Pfau Cochran Vertetis Amala PLLC and that on today's date, I placed for service the foregoing via **CM/ECF** in compliance with Fed. R. Civ. P.5(b)(2)(E) and LCR 5(b) by directing delivery to the following individuals:

Andrew R. Escobar
Seyfarth Shaw LLP
999 Third Avenue, Suite 4700
Seattle, Washington 98104-4041
aescobar@seyfarth.com

Charles S. Wittmann-Todd
Timothy B. Fitzgerald
McNaul Ebel Nawrot & Helgren PLLC
600 University Street, Suite 2700
Seattle, WA 98101-3143
cwittmanntodd@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Plaintiff/Counterclaim Defendant Joseph Zaczyk*

Chantal Y. Peters
Eden E. Goldman
Burger, Meyer & D'Angelo, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
cpeters@burgermeyer.com
egoldman@burgermeyer.com

*Co-Counsel for Defendants Amanda Lehman and MANMAN Studios. LLC*

DATED this 29th day of May, 2026.

/s/ Casey Reyes deVenecia
Casey Reyes deVenecia
Legal Assistant

DECLARATION OF SELENA L. HOFFMAN IN
SUPPORT OF DEFENDANTS' RESPONSE IN
OPPOSITION TO PLAINTIFF'S MOTION TO
COMPEL

Page 3 | No. 2:23-cv-0628-RSL



PFAU COCHRAN
VERTETIS AMALA
ATTORNEYS AT LAW
909 A Street, Suite 700
Tacoma, WA 98402
(253) 777-0799 | Fax: (253) 627-0654