**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JOSEPH ZACZYK, an individual, | NO. 2:25-cv-02628-RSL |
| Plaintiff/Counterclaim Defendant, | **NOTICE OF APPEARANCE OF COUNSEL** |
| v. | [CLERK'S ACTION REQUIRED] |
| AMANDA LEHMAN, an individual, and MANMAN STUDIOS LLC, a limited liability company, | |
| Defendants/Counterclaim Plaintiff. | |

**TO:**    THE CLERK OF THE COURT; and

**TO:**    ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that attorney Eden E. Goldman of Burger, Meyer & D'Angelo, LLP, hereby appears as counsel of record on behalf of Defendants Amanda Lehman and MANMAN Studios, LLC, effective immediately.  All further papers and pleadings, except for original service of process, should be made upon counsel of record at the office indicated below.

//

//

//

1 – NOTICE OF APPEARANCE OF COUNSEL

BURGER, MEYER & D'ANGELO, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
(949) 427-1888

Dated this 1st day of June 2026.

BURGER, MEYER & D'ANGELO, LLP

By: */s/ Eden E. Goldman*

Eden E. Goldman, WSBA No. 54131
Chantal Y. Peters, WSBA No. 56800
1000 2nd Ave., Suite 3200
Seattle, WA 98104
Eden Direct: (206) 257-7880
Chantal Direct: (206) 337-5004
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
egoldman@burgermeyer.com
cpeters@burgermeyer.com

*Attorneys for Defendants Amanda Lehman
and MANMAN Studios, LLC*

2 – NOTICE OF APPEARANCE OF COUNSEL

BURGER, MEYER & D'ANGELO, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
(949) 427-1888

**CERTIFICATE OF SERVICE**

I, Brooke Williams, certify that on the day and date indicated below, I caused to be sent a copy of NOTICE OF APPEARANCE OF COUNSEL as listed and indicated below to:

| | |
|---|---|
| **Attorneys for Plaintiff/Counterclaim Defendant Joseph Zaczyk**<br>Andrew R. Escobar<br>SEYFARTH SHAW LLP<br>999 Third Avenue, Suite 4700<br>Seattle, Washington 98104-4041<br>aescobar@seyfarth.com<br><br>and<br><br>Charles S. Wittmann-Todd<br>Timothy B. Fitzgerald<br>MCNAUL EBEL NAWROT & HELGREN PLLC<br>600 University Street, Suite 2700<br>Seattle, WA 98101-3143<br>cwittmanntodd@mcnaul.com<br>tfitzgerald@mcnaul.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ CM/ECF |
| **Attorneys for Defendants/Counterclaim Plaintiff Amanda Lehman and MANMAN Studios, LLC**<br>Darrell L. Cochran<br>Ian M. Bauer<br>Selena L. Hoffman<br>Cortney Feniello<br>PFAU COCHRAN VERTETIS AMALA PLLC<br>909 A Street, Suite 700<br>Tacoma, WA 98402<br>darrell@pcvalaw.com<br>ibauer@pcvalaw.com<br>shoffman@pcvalaw.com<br>cfeniello@pcvalaw.com | ☐ U.S. Mail<br>☐ Hand Delivery<br>☐ Facsimile<br>☐ Overnight<br>☑ CM/ECF |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

//

//

3 – NOTICE OF APPEARANCE OF COUNSEL

BURGER, MEYER & D'ANGELO, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
(949) 427-1888

Dated this 1st day of May 2026.

By: */s/ Brooke Williams*
Brooke Williams, Legal Assistant/Paralegal
BURGER, MEYER & D'ANGELO, LLP
Email: bwilliams@burgermeyer.com

BURGER, MEYER & D'ANGELO, LLP
1000 2nd Ave., Suite 3200
Seattle, WA 98104
(949) 427-1888